**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **VERNON M. BOYKIN,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| v. | : | **Civil Action No.  05-1594 (ESH)** |
| | : | |
| **SUZANNE HASTINGS,** | : | |
| | : | |
| **Respondent.** | : | |

**MEMORANDUM OPINION**

This matter comes before the court on petitioner's *pro se* petition for a writ of habeas

corpus.  The Court will dismiss the petition.

Petitioner attacks his conviction and sentence imposed by the Superior Court of the

District of Columbia.  A challenge of this nature must be brought in a habeas action in the

Superior Court under D.C. Code § 23-110(g), which provides:

> [An] application for a writ of habeas corpus in behalf of a prisoner
> who is authorized to apply for relief by motion pursuant to this
> section shall not be entertained by . . . any Federal . . .  court if it
> appears  . . . that the Superior Court has denied him relief, unless it
> also appears that the remedy by motion is inadequate or ineffective to
> test the legality of his detention.

D.C. Code § 23-110(g).  "Section 23-110 has been found to be adequate and effective because it

is coextensive with habeas corpus." *Saleh v. Braxton*, 788 F. Supp. 1232 (D.D.C. 1992).  It is

settled  that "a District of Columbia prisoner has no recourse to a federal judicial forum unless

the local remedy is 'inadequate or ineffective to test the legality of his detention'" *Byrd v.*

*Henderson*, 119 F.3d 34, 36-37 (D.C. Cir. 1997) (internal footnote omitted); *Garris v. Lindsay*,

794 F.2d 722, 726 (D.C. Cir.), *cert. denied*, 479 U.S. 993 (1986).  A prisoner's lack of success in

his attempt to collaterally attack his conviction and sentence by means of a motion under D.C.

Code § 23-110(g) does not render this  remedy inadequate or ineffective.  *See Wilson v. Office of*

*the Chairperson*, 892 F.Supp. 277, 280 (D.D.C. 1995).

     Accordingly, the Court will deny the petition.  An Order consistent with this

Memorandum Opinion will be issued separately on this date.

        s/         

ELLEN SEGAL HUVELLE
United States District Judge

Date:  August 19, 2005