# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VERNON M. BOYKIN,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civil Action No.  05-1594 (ESH)** |
| | : | |
| **SUZANNE HASTINGS,** | : | |
| | : | |
| **Respondent.** | : | |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the petition for a writ of habeas corpus is **DENIED**.

**SO ORDERED.**


_____
                s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  August 19, 2005